**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6529**

_____

MILTON J. SMITH, JR.,

            Plaintiff - Appellant,

     v.

SIMPKINS, Sgt.; S. HEJIRIKA, SR., Warden,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:11-cv-02214-JFM)

_____

Submitted:  July 24, 2012            Decided:  July 31, 2012

_____

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Milton J. Smith, Jr., Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milton J. Smith, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Milton v. Simpkins, No. 1:11-cv-02214-JFM (D. Md. Mar. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2